IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LINDA PARCHIM,** *Plaintiff* | § § § § § § § § § | **CIVIL NO. 6-19-CV-00524-ADA** |
| -vs- | | |
| **BIOGEN INC.,** *Defendant* | | |

## FINAL JUDGMENT

In accordance with the Order Granting Defendant's Motion for Summary Judgment, the Court enters its Judgment as follows:

**IT IS ORDERED** that Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 9th day of December 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE